UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HARVEY STONE, III,

    Plaintiff,

v.

ROSE CITY MOTORS,

    Defendant.

Case Number: 1:15-cv-00138-PLM
Honorable Paul L. Maloney

| | |
|---|---|
| PHILLIP C. ROGERS (P34356)<br>Attorney for Plaintiff<br>40 Pearl Street, NW, Suite 336<br>Grand Rapids, MI 49503-3023<br>(616) 776-1176<br>consumerlawyer@aol.com | JOSEPH F. FAZI (P73143)<br>**kallas & henk pc**<br>Attorney for Defendant<br>43902 Woodward Avenue, Suite 200<br>Bloomfield Hills, Michigan 48302<br>(248) 335-5450, Ext. 220, (248) 335-9889 fax<br>jfazi@kallashenk.com |
| JAMES FLEMING (P42856)<br>Fleming & Fleming, PC<br>Co-Counsel for Defendant<br>607 Wildwood Avenue<br>Jackson, MI 49201<br>(517) 782-9500<br>jim@fleminglaw.com | |

### ORDER OF DISMISSAL

At a session of said Court held in the Western District of Michigan, on September 18, 2015.

PRESENT: HONORABLE PAUL L MALONEY
UNITED STATES DISTRICT COURT JUDGE

Based upon the agreement of counsel of the parties;

**IT IS HEREBY ORDERED** that Plaintiff, Harvey Stone, III, has dismissed his lawsuit and all claims against Defendant, Rose City Motors, Inc.,, in the above entitled cause of action, with prejudice and without costs.

**IT IS FURTHER ORDERED THAT** this DOES resolve the last pending claim and closes the case.

```
                                    /s/ Paul L. Maloney
                                    _____
                                    UNITED STATES DISTRICT COURT JUDGE
```

I Stipulate to the Entry of This Order:

/s/ PHILLIP C. ROGERS (P34356)  
Attorney for Plaintiff

/s/ JOSEPH F. FAZI (P73143)  
Attorney for Defendant

/s/ JAMES FLEMING (P42856)  
Co-Counsel for Defendant

2